

FILED
MAY 0 2 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>BARTOLO MAULEON,<br><br>    Defendant. | No. 1:CR-07-269-AWI<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced on May 2, 2011 to SIX MONTHS, CREDIT FOR SIX MONTHS TIME SERVED IS ORDERED.

IT IS HEREBY ORDERED that the defendant shall be released on May 2, 2011. A certified Judgment and Commitment order to follow.

DATED: 5-2-11

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1